## Mark Romeo

| | |
|---|---|
| From: | "Mark Romeo" <mjresq@hotmail.com> |
| To: | <krm@bellilaw.com> |
| Sent: | Friday, December 14, 2007 6:19 PM |
| Subject: | Integrity Investment v. McLean |

LAW OFFICES OF
MARK J. ROMEO
130 SUTTER STREET, 7TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 395 9315
FACSIMILE: (415) 395 9318
December 14, 2007

BY EMAIL KRM@BELLILAW.COM
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

Re: Integrity Investments v. McLean
Our File No. 8631-01

Dear Mr. McLean:

I just received the notice of removal today. Your removed action is in front of Judge Patel. I believe that under the Standing Order of the federal court on assignment of cases, the case filed as a removal action will end up being assigned to the judge with the earlier-filed case, in this instance, Judge White.

My client's response is going to a motion to remand. I would like to shorten time on that. Local Rule 6 of the Northern District deals with this. Among other things, it appears to require an attempt at a stipulation. In this instance, I am requesting your stipulation to have the motion heard on shortened time, after the holidays. The motion itself will not be overly lengthy-I will be drafting it over the weekend. In any case, the complication is that the assignment may be unsettled. Therefore, I am going to propose dates based on both judge's law and motion hearing dates. Judge Patel hears Civil Law & Motion on Mondays at 2 p.m. Judge White hears them on Fridays at 9 a.m.

If before Judge Patel: 1/7/08; 1/14/08
If Before Judge White: 1/11/08; 1/18/08

Please let me know if these will work for you. Assuming I know where to file the motion and application for OST, I will upload the papers on Monday or Tuesday next week.

If you don't want to stipulate, so indicate by 3 p.m. Monday. I'll take no response by that time as a negative in any event. Thank you for your cooperation.
Very truly yours,

LAW OFFICES OF MARK J. ROMEO
MARK J. ROMEO
MJR\gnn



EXHIBIT 1

12/14/2007