1 | MARK J. ROMEO    SBN 112002
LAW OFFICES OF MARK J. ROMEO
2 | 130 Sutter Street, 7th Floor
San Francisco, CA 94104
3 | Telephone: (415) 395-9315
Facsimile:    (415) 395-9318
4 | *romeolaw@msn.com*

5 | Attorneys for Plaintiff
INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTEGRITY INVESTMENT GROUP, LLC | ) No. 07-06221 MHP |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO REMAND** |
| v. | ) |
| KEVIN R. MCLEAN, | ) |
| Defendant. | ) **Date: December 18, 2007**<br>**Time:**<br>**Dept:** |

The court having considered the application of the plaintiff in this case for an order under Local Rule 6-3 to shorten time to serve and have heard a motion to remand this case to state court; there being cause therefor,

IT IS HEREBY ORDERED THAT plaintiff shall file and serve its motion to remand this case to state court on or before December ___ 2007. Service is to be by hand delivery. The opposition papers are to be served and filed no later than _____ 2008. The hearing shall be held on January ___ 2008, at 2:00 p.m. on the court's civil law and motion calendar.

By _____
MARILYN HALL PATEL
United States District Judge

8631-01\dist-ct-Patel-case\OST-ORD                    ORDER-SHORTEN TIME-MOTION TO REMAND

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On   12-18   , 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy  XX   the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___ Personally hand delivered said document(s) to addressee
 x   I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**
**Proposed Order**

 x    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12/18   , 2007 at San Francisco, California.

 Mark Romeo
Type or Print Name                                          Signature