1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:     (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Plaintiff
   INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTEGRITY INVESTMENT GROUP, LLC | ) | No. 07-06221 MHP |
|---|---|---|
| Plaintiff, | ) | **MOTION TO REMAND TO STATE COURT [28 U.S.C. 1447]** |
| v. | ) | **Date: TBD** |
| KEVIN R. MCLEAN, | ) | **Time: TBD** |
| Defendant. | ) | **Court: Hon. Marilyn Hall Patel** |
|  | ) | **Courtroom 15** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby moves the court for an order pursuant to 28 U.S.C. 1447(c), remanding this case to the San Mateo Superior Court, effective immediately upon entry of the order herein, on the grounds that 1) the Notice of Removal filed in this action was untimely; 2) that the Notice of Removal is defective; and 3) there is no federal question or other federal subject matter jurisdiction over the state law eviction action. The grounds for such motion are set forth in detail in the accompanying papers which consist of: the Request for Judicial Notice, Memorandum of Points & Authorities and Declaration of Mark J. Romeo, filed herein and served herewith.

WHEREFOR, plaintiff prays for an order as follows:

1. That this case be remanded to the San Mateo Superior Court forthwith upon entry of an order for such relief;

2. For an expedited hearing on this motion pursuant to Local Rule 6-3; and

3. for such further and other relief as the court deems just and proper.

Dated:  December 18, 2007           LAW OFFICES OF MARK J. ROMEO

By /S/Mark J. Romeo
 MARK J. ROMEO
Attorneys for Plaintiff

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On  12/18 , 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy  XX  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___ Personally hand delivered said document(s) to addressee
 x  I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**

**Motion**

 x   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12/18 , 2007 at San Francisco, California.

 Mark Romeo
Type or Print Name                                    Signature