1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 395-9315
   Facsimile:    (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Plaintiff
   INTEGRITY INVESTMENT GROUP, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 INTEGRITY INVESTMENT GROUP, LLC  )        No. 07-06221 MHP
                                    )
12                                  )
                                    )        **[PROPOSED] ORDER**
13             Plaintiff,           )        **REMANDING CASE TO STATE**
                                    )        **COURT**
14 v.                               )
                                    )
15 KEVIN R. MCLEAN,                 )        **Date: TBD**
                                    )        **Time: TBD**
16             Defendant.____       )        **Court: Hon. Marilyn Hall Patel**
                                    )                **Courtroom 15**
17                                  )
                                    )
18 _____ )

19

20         This matter came on for hearing on January ___, 2008 at 2 p.m., before the Hon. Marilyn

21 Hall Patel, United States District Court . The court having considered the papers, pleadings and

22 files herein, and granted plaintiff's requests for judicial notice,

23 IT IS HEREBY ORDERED that the motion is granted, because the Notice of removal filed herein

24 on December 7, 2007 was untimely; was procedurally defective; and there is no federal subject

25 matter jurisdiction over any matter in the action.

26 IT IS FURTHER ORDERED THAT  this case is and  shall be deemed REMANDED to the San

27 Mateo County Superior Court for all further proceedings , pursuant to 28 U.S.C. 1447( c), effective

28

ORDER-MOTION TO REMAND

1  immediately upon entry of this ORDER.

2                                              By _____

                                                  MARILYN HALL PATEL
3                                                 United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California.  I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On ____12-18_____, 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy XX____ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing.  Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___ Personally hand delivered said document(s) to addressee
_x__ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
__ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
_ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

# DOCUMENT(S) SERVED:

**Proposed Order**
_x___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _12-18_____, 2007 at San Francisco, California.

_Mark Romeo_____     _____
Type or Print Name                              Signature