RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
GLENN GUILLORY
975 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596

Forward Tax Statements to
the address given above

**2007-148548**
02:17pm 10/11/07 TD Fee: 13.00
Count of pages 3 WD
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20070148548AR*

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 2006-21833686-A
Loan #: 0021833686

Order #: 3143151
Investor #:

## TRUSTEE'S DEED UPON SALE

A.P.N.: 068-110-130-9

Transfer Tax: $650.65    3

The Grantee Herein Was Not The Foreclosing Beneficiary.
The Amount of The Unpaid Debt was $591,131.69
The Amount Paid By The Grantee Was $591,200.00
Said Property Is In The City of WOODSIDE, County of San Mateo

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**INTEGRITY INVESTMENT GROUP, LLC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of San Mateo, State of California, described as follows:

See exhibit "A" attached hereto and made a part hereof

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by KEVIN R. MCLEAN, AN UNMARRIED MAN as Trustor, dated 10/17/2003 of the Official Records in the office of the Recorder of San Mateo, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed
of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 11/21/2003, instrument number 2003-330278, Book , Page of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

EXHIBIT l

# TRUSTEE'S DEED UPON SALE

TS #: 2006-21833686-A
Loan #: 0021833686
Order #: 3143151

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 10/3/2007. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $591,200.00, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 10/3/2007

GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A
CALIFORNIA CORPORATION

By: _____
SETH WHITE, ASSISTANT SECRETARY

State of Texas } ss.
County of Bexar }
On 10/10/2007 before me, PATTY A. ALLEN the undersigned Notary Public, personally appeared SETH WHITE, ASSISTANT SECRETARY personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
PATTY A. ALLEN

PATTY A. ALLEN
MY COMMISSION EXPIRES
May 29, 2011

WORLD SAVINGS BANK, FSB

# EXHIBIT "A"
## LEGAL DESCRIPTION

LOAN NO. 0021838686

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF SAN MATEO STATE OF CALIFORNIA * * * * *, DESCRIBED AS FOLLOWS:

Commencing at a point in the westerly line of West Maple Way, which bears North 83° 31' West 50 feet and South 6° 29' West 33.30 feet from the northwest corner of Lot 20 in Block 206, as shown on the Map entitled "Estates of Emerald Lake Subdivision Two" which Map was filed in the Office of the Recorder of San Mateo County, State of California on August 1, 1927 in Book 16 of Maps at Pages 18, 19, 20 and 21, thence northerly along said westerly line of West Maple Way, North 6° 29' East 33.30 feet to the point on a curve to the right, having a radius of 237.03 feet; thence along said curve, 88.39 feet to its end; thence North 27° 51' East 19.00 feet; thence leaving said westerly line of West Maple Way, North 61° 46' 30" West 337.63 feet to an angle point in the northwesterly line of that certain parcel of land described in the Agreement from Lenoit Securities Corporation, a Corporation, to Agnes Mary Mahon, dated September 3, 1935 and recorded September 4, 1935 in Book 660 of Official Records of San Mateo County at Page 43, being also the southeasterly line of that certain parcel of land described in the Agreement of sale between Lenoit Securities Corporation, a Corporation, and John J. Harper, dated June 4, 1937 and recorded August 26, 1937 in Book 759 of Official Records of San Mateo County at Page 260; thence along the dividing line of the lands described in said Agreement, South 9° 42' West 79.01 feet and South 16° 28' 30" West 60.00 feet; thence leaving said dividing line South 61° 20' 15" East 329.64 feet to the westerly line of West Maple Way and the point of commencement.

When embossed, this is certified to be a true copy of the records of the San Mateo Assessor-County Clerk-Recorder.

Warren Slocum, Assessor-County Clerk-Recorder

By _____

OCT 1 1 2007