8631-01\QUASH-DECL.ROMEO.001

DEC. OF M. ROMEO

**EXHIBIT 3**

```
 1  MARK J. ROMEO    SBN 112002
    LAW OFFICES OF MARK J. ROMEO
 2  130 Sutter Street, 7th Floor
    San Francisco, CA 94104
 3  Telephone:  (415) 395-9315
    Facsimile:  (415) 395-9318
 4  romeolaw@msn.com

 5  Attorneys for Plaintiff
    INTEGRITY INVESTMENT GROUP, LLC
 6
 7
 8
 9            SUPERIOR COURT OF CALIFORNIA
10              COUNTY OF SAN MATEO
                Limited Civil Jurisdiction
11
12  INTEGRITY INVESTMENT GROUP, LLC )   No. CLJ 195809
    a California limited liability company, )
13                                        )
              Plaintiff,                  )   DECLARATION OF MARK J.
14                                        )   ROMEO IN OPPOSITION TO
              v.                          )   MOTION TO QUASH SERVICE
15                                        )   OF SUMMONS AND
    KEVIN R. MCLEAN; and DOES 1 through )   COMPLAINT
16  10,                                   )
                                          )   Date: December 3, 2007
17            Defendants.                 )   Time: 9 a.m.
                                          )   Dept: Law & Motion
18                                        )   Trial Date: None
                                          )
19  I, Mark J. Romeo, state:

20       1.    I am an attorney for the plaintiff in this case with my business address at 130
21  Sutter Street, 7th Floor, San Francisco, California 94104.
22       2.    Attached hereto as Exhibit 1 and made a part hereof is a true and correct
23  copy of the Amended Proof of Service which is on file in this action.
24            Under penalty of perjury I certify the foregoing to be true and correct of my own personal
25  knowledge, that I can give competent testimony thereto if called as a witness in court, and that this
26  Declaration was executed at San Francisco, California on November 28, 2007.
27                                    _____
                                      Mark J. Romeo
28
```

ENDORSED FILED
SAN MATEO COUNTY
NOV 30 2007
Clerk of the Superior Court
By _L. MORNEAU_
DEPUTY CLERK

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On November 29, 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ____ a true copy  XX ____ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL.**
____ I deposited such envelope(s) in the mail at San Francisco.
____ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE.**
Personally hand delivered said document(s) to addressee
  X ____ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER.**
____ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
____ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
____ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

**PARTY(IES) SERVED:**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**
Declaration-Romeo

  X ____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Nov. 29, 2007 at San Francisco, California.

Mark Romeo
_____
Type or Print Name     Signature



Exh. 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| – SBN # <br> MARK J. ROMEO <br> 130 SUTTER STREET, 7TH FLOOR <br> SAN FRANCISCO, CA 94104-4038 <br> TELEPHONE NO.(Optional): (415) 395-9315   FAX NO.(Optional): <br> EMAIL ADDRESS(Optional): <br> ATTORNEY FOR(Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: INTEGRITY INVESTMENT GROUP <br> DEFENDANT/RESPONDENT: MCLEAN | CASE NUMBER: <br> CLJ195809 |
| AMENDED  PROOF OF SERVICE SUMMONS | Ref. No. or File No.: <br> 8631-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. summons
   f. other *(specify documents)*:
   Complaint (Unlawful Detainer) ; Prejudgment Claim of Right to Possession;

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   KEVIN R. McLEAN

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:
   JOHN DOE, REFUSED NAME, TENANT

4. Address where the party was served:    481 WEST MAPLE WAY
   WOODSIDE, CA 94062

5. I served the party *(check proper box)*
   b. by substituted service. On *(date)*:November 1, 2007 at *(time)*: 01:35 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   JOHN DOE, TENANT
   Physical Description: Age: 47        Hair: SALT/PEPPER   Race: WHITE
                         Weight: 155     Height: 5'7'        Eyes:
   Sex: MALE
   Marks:

   (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 <br>
[Rev. July 1, 2004] <br>
PROOF OF SERVICE SUMMONS <br>
Code of Civil Procedure, § 417.10

| PETITIONER: INTEGRITY INVESTMENT GROUP<br>RESPONDENT: MCLEAN | CASE NUMBER:<br>CLJ195809 |
|---|---|

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. Person who served papers
   a. Name: TODD C. BRENNECK
   b. Address: 210 Fell Street, # 19, San Francisco, CA 94102
   c. Telephone: (415) 882-2266
   d. *The fee* for service was: $ 69.50
   e. I am:
      (3) registered California process server
         Employee
         (ii) Registration No.: 865
         (iii) County : SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 21, 2007

TODD C. BRENNECK
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| SBN # -<br>MARK J. ROMEO<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO, CA 94104-4038<br>TELEPHONE NO. *(optional)*: (415) 395-9315   FAX NO. *(optional)*:<br>EMAIL ADDRESS *(optional)*:<br>ATTORNEY FOR *(Name)*: | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | | |
| PLAINTIFF/PETITIONER: INTEGRITY INVESTMENT GROUP | CASE NUMBER:<br>CLJ195809 | |
| DEFENDANT/RESPONDENT: MCLEAN | | |
| PROOF OF SERVICE SUMMONS | Ref. No. or File No.<br>8631-01 | |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. summons
   f. other *(specify documents)*:
   Complaint (Unlawful Detainer) ; Prejudgment Claim of Right to Possession

3. a. Party Served: *(specify name of party as shown on the documents served)*:
      KEVIN R. MCLEAN
   b. Person Served: other *(specify name and relationship to party named in item 3a)*:
      JOHN DOE, REFUSED NAME, TENANT

4. Address where the party was served:   481 WEST MAPLE WAY
                                          WOODSIDE, CA 94062

5. I served the party *(check proper box)*
   b. by substituted service. On (date): November 1, 2007 at (time): 01:35 pm I left the documents listed in item 2
      with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      JOHN DOE, TENANT
      Physical Description: Age: 47
      Sex: MALE   Weight: 155   Hair: SALT/PEPPER   Race: WHITE
                  Height: 5'7'                      Eyes:
      Marks:

   (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or us is
       place of abode of the party. I informed him or her of the general nature of the papers.

   (4) a declaration of mailing is attached

   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MARK J. ROMEO<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO, CA 94104-4038 | (415) 395-9315 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.:<br>8631-01 | |
| Insert name of court, judicial district or branch court, if any:<br>SAN MATEO COUNTY SUPERIOR CT. | | |
| PLAINTIFF:<br>INTEGRITY INVESTMENT GROUP | | |
| DEFENDANT:<br>MCLEAN | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CIJ195809 |

I am a citizen of the United States and employed in the County of SAN FRANCISCO, State of California. I am over the age of 18 and not a party to the within action. My business address is 210 Fell St., San Francisco, CA 94102.

On November 2, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

a. summons
f. other (specify documents):
Complaint (Unlawful Detainer); Prejudgment Claim of Right to Possession

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN FRANCISCO, California, addressed as follows:

KEVIN R. McLEAN
481 WEST MAPLE WAY
WOODSIDE, CA 94062

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SAN FRANCISCO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 69.50

Registered California process server,
County: SAN FRANCISCO
Registration No: 865
Expiration: 04/12/2008
RAPID SERVE
210 Fell St.
San Francisco, CA 94102
Phone:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 21, 2007 at San Francisco, California.

Signature: _____
TODD C. BRENNECK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MARK J. ROMEO<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO, CA 94104-4038 | (415) 395-9315 | |

REFERENCE NUMBER: 0003416404-01

ATTORNEY FOR (NAME):

Insert name of court, judicial district or branch court, if any, and post office and street address:
SAN MATEO COUNTY SUPERIOR CT.

SHORT NAME OF CASE: INTEGRITY INVESTMENT GROUP vs. MCLEAN

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CLJ195809 |
|---|---|---|---|---|

I received the within process on October 22, 2007 and that after due and diligent effort I have been unable to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name: KEVIN R. MCLEAN
Home: 481 WEST MAPLE WAY
       WOODSIDE, CA 94062
Business: UNKNOWN

As enumerated below:

| 10/27/07 | 08:00 am | Tried residence. No answer at door. |
| 10/29/07 | 07:59 pm | Tried residence. No answer at door. |
| 10/31/07 | 08:06 pm | Tried residence. No answer at door. |
| 11/01/07 | 01:35 pm | Sub-serve. Recipient instructed to deliver documents to the defendant named. Evasive male answered the door and said he lived there. After showing him the documents, he said he was just the gardener. Drop served at door. |

Fee for service:  $ 69.50

[X] Registered: SAN FRANCISCO     County,
Number: 865
Expiration Date: 04/13/2009

RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

on: November 21, 2007  at: San Francisco, California

Signature: [signed]
Name: TODD C. BRENNECK
Title: Employee

320/0003416404-01