```
MARK J. ROMEO    SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile:     (415) 395-9318
romeolaw@msn.com

Attorneys for Plaintiff
INTEGRITY INVESTMENT GROUP, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, LLC )<br>)<br>          Plaintiff,           )<br>)<br>v.                                              )<br>)<br>KEVIN R. MCLEAN,                )<br>)<br>          Defendant.        )<br>)<br>_____ ) | No. 07-06221 MHP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND TO STATE COURT**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Court: Hon. Marilyn Hall Patel**<br>**          Courtroom 15** |

      Pursuant to Federal Rule of Evidence §201, Plaintiff requests the court to take judicial notice of the following records and pleadings of the United States District Court. True and correct copies of these records are attached hereto and made a part hereof. :

1. Notice of Removal, <u>Integrity Investments, LLC v. Kevin R. McLean,</u> No. 07-06621 MHP.

2. Complaint, <u>Kevin R. McLean v. World Savings, et al.</u> United States District Court Northern District of California No. 07-05594 JSW

Dated: December 18, 2007              LAW OFFICES OF MARK J. ROMEO

                                                      By /S/Mark J. Romeo
                                                        MARK J. ROMEO
                                                        Attorneys for Plaintiff

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On __12-18__, 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy __XX__ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
    I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___ Personally hand delivered said document(s) to addressee
_x_ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**

**Req. For Judicial Notice**
_x_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __12-18__, 2007 at San Francisco, California.

 Mark Romeo
Type or Print Name                                  Signature