1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:    (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Plaintiff
   INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, LLC | No. 07-06221 MHP |
| Plaintiff, | **NOTICE OF MOTION TO REMAND TO STATE COURT** |
| v. | **Date: January 28, 2008** |
| KEVIN R. MCLEAN, | **Time: 2:00 p.m.** |
| Defendant. | **Courtroom: Hon. Marilyn Hall Patel, Courtroom 15** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 28, 2008 at 2 p.m., before the Hon. Marilyn Hall Patel, United States District Court, Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, pursuant to 28 U.S.C. 1447( c), plaintiff Integrity Investments, LLC will move the court for an order remanding this case to the San Mateo Superior Court, effective immediately upon entry of the order herein, on the grounds that 1) the Notice of Removal filed in this action was untimely; 2) that the Notice of Removal is defective; and 3) there is no federal question or other federal subject matter jurisdiction over the state law eviction action.

The motion will be based upon this Notice; the Request for Judicial Notice, Memorandum

1  of Points & Authorities and Declaration of Mark J. Romeo, filed herein and served herewith; and
2  such other evidence and argument as may presented by the moving party at or prior to the hearing
3  of the motion.
4  Dated:  December 19, 2007                     LAW OFFICES OF MARK J. ROMEO
5                                                By /S/Mark J. Romeo
                                                    MARK J. ROMEO
6                                                Attorneys for Plaintiff

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On ___12-20___, 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy  XX  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___ Personally hand delivered said document(s) to addressee
_x_ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**
**Notice of Motion**
_x_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___12/20___, 2007 at San Francisco, California.

  Mark Romeo                              /s/ Mark Romeo
Type or Print Name                         Signature