Superior Court of California
County of San Mateo
Minute Order

Case No.:    195809    Date: 12/03/07    Dept.:LM
Case Name: INTEGRITY INVESTMENT GROUP VS KEVIN R MCLEAN
Case Category:  MUNICIPAL/UNLAWFUL DETAINER
Hearing:  HEARING: MOTION RE: MOTION TO QUASH SUMMONS AND COMPLAINT FILED
          BY KEVIN R MCLEAN
*****************************************************************
Honorable George A. Miram, Judge Presiding. Clerk: Terri Petriat,
Court Reporter: Lorna Traube

No appearance is made by any parties herein or their counsel of
record.

There was no request for oral argument.

Tentative ruling adopted and becomes the order:

THE MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT IS DENIED.
Adequate diligence is demonstrated by three prior attempts to serve.
Further, the person served initially acknowledged residence.

Motion DENIED.

The tentative ruling was uncontested and it shall become the order of
the court, pursuant to Rule 3.1308(a)(1), adopted by Local Rule 3.10,
effective immediately, and no formal order pursuant to Rule 3.1312 or
any other notice is required, as the tentative ruling affords
sufficient notice to the parties.

Entered by TPETRIAT on 12/03/07.

-7 -.



EXHIBIT 4