```
1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:    (415) 395-9318
4  romeolaw@msn.com

5  Attorneys for Plaintiff
   INTEGRITY INVESTMENT GROUP, LLC
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, LLC ) | No. 07-06221 MHP |
| ) | |
| Plaintiff, ) | **AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND TO STATE COURT** |
| v. ) | |
| KEVIN R. MCLEAN, ) | **Date: January 28, 2008** |
| Defendant. ) | **Time: 2:00 p.m.** |
| ) | **Court: Hon. Marilyn Hall Patel** |
| ) | **Courtroom 15** |

Pursuant to Federal Rule of Evidence §201, Plaintiff requests the court to take judicial notice of the following records and pleadings of the United States District Court. True and correct copies of these records are attached hereto and made a part hereof. :

1. Notice of Removal, <u>Integrity Investments, LLC v. Kevin R. McLean,</u> No. 07-06621 MHP.

2. Complaint, <u>Kevin R. McLean v. World Savings, et al.</u> United States District Court Northern District of California No. 07-05594 JSW

Dated:  December 19, 2007          LAW OFFICES OF MARK J. ROMEO

                                   By /S/Mark J. Romeo
                                     MARK J. ROMEO
                                   Attorneys for Plaintiff

8631-01\dist-ct-patel-case\REMAND-RFJN.002          AMENDED REQ. FOR JUD. NOTICE-REMAND

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On ___12-20___, 2007, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy __XX__ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
    I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
    ___ Personally hand delivered said document(s) to addressee
    _x_ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
    ___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
    ___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
    ___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**DOCUMENT(S) SERVED:**

**Req. For Judicial Notice**

_x_   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___12-20___, 2007 at San Francisco, California.


__Mark Romeo_____    __/s/Mark Romeo_____
Type or Print Name                          Signature