**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, | No. C 07-06221 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** <br> **(Matter to be submitted on papers)** |
| v. | |
| KEVIN R. MCLEAN, | |
| Defendant(s). | |

Plaintiff, having moved this Court for a hearing on January 28, 2008, the parties are hereby notified that plaintiff's motion for remand will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: January 24, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140