UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP , <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MCLEAN, <br><br> Defendant. | Case Number: CV07-06221 MHP <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin R. McLean
Law Offices of Belli & McLean
473 Jackson Street
Second Floor
San Francisco, CA 94111

Dated: January 24, 2008

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk