1  MARK J. ROMEO   SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 395-9315
   Facsimile:     (415) 395-9318
4  romeolaw@msn.com

5  Attorneys for Plaintiff
   INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, LLC ) | No. 07-06221 MHP |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO REMAND |
| v. ) | |
| KEVIN R. MCLEAN, ) | |
| Defendant.___ ) | Date: December 18, 2007 |
| ) | Time: |
| ) | Dept: |

The court having considered the application of the plaintiff in this case for an order under Local Rule 6-3 to shorten time to serve and have heard a motion to remand this case to state court; there being cause therefor,

IT IS HEREBY ORDERED THAT plaintiff shall file and serve its motion to remand this case to state court on or before December 21 2007. Service is to be by hand delivery. The opposition papers are to be served and filed no later than 1/14  2008. The hearing shall be held on January 28  2008, at 2:00 p.m. on the court's civil law and motion calendar. NO REPLY SHALL BE FILED.

By _____
MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED

8631-01\dist-ct-Patel-case\OST-ORD

ORDER-SHORTEN TIME-MOTION TO REMAND

EXHIBIT I

United States District Court<br/>For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8  INTEGRITY INVESTMENT GROUP,              No. C 07-06221 MHP
9          Plaintiff(s),                    **CLERK'S NOTICE**
                                            **(Matter to be submitted on papers)**
10    v.
11 KEVIN R. MCLEAN,
12         Defendant(s).
                                    /
13
14     Plaintiff, having moved this Court for a hearing on January 28, 2008, the parties are hereby
15 notified that plaintiff's motion for remand will be submitted on the papers without oral argument.
16 Therefore, the HEARING DATE IS VACATED.
17
18                                          Richard W. Wieking
                                            Clerk, U.S. District Court
19
20                                          _____
21 Dated: January 24, 2008                  Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
22                                          (415) 522-3140
23
24
25
26
27
28



EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05594 JSW     McLean v. World Savings FSB et al

C 07-06221 MHP     Integrity Investment Group, LLC v. McLean

I find that the above case is related to the case assigned to me. JSW

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: February 1, 2008   _____

Judge Jeffrey S. White



EXHIBIT