MARK J. ROMEO     SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile:      (415) 395-9318
*romeolaw@msn.com*

Attorneys for Plaintiff
INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, LLC<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN R. MCLEAN,<br><br>        Defendant. | No. 07-06221 JSW<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO REMAND** |

The court having considered the application of the plaintiff in this case for an order under Local Rule 6-3 to shorten time to have heard a motion to remand this case to state court; the motion having been previously filed, served and submitted to the court, there being cause therefor,

IT IS HEREBY ORDERED THAT hearing shall be held on February 22, at 9:00 a.m. on the court's civil law and motion calendar.

By _____
JEFFREY S. WHITE
United States District Judge

8631-01\dist-ct-Patel-case\OST-REMAND-ORD

ORDER-SHORTEN TIME-
MOTION TO REMAND

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On __2-5__, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy __XX__ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
   I deposited such envelope(s) in the mail at San Francisco,
___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
   ___ Personally hand delivered said document(s) to addressee
   _x_ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
   ___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**
   ___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**
   ___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

<u>PARTY(IES) SERVED:</u>
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

<u>**DOCUMENT(S) SERVED:**</u>
**Proposed Order**

_x_   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2-5_, 2008 at San Francisco, California.

| Mark Romeo | /S/ Mark J. Romeo |
|---|---|
| Type or Print Name | Signature |