**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEGRITY INVESTMENT GROUP, LLC,

    Plaintiff,                          No. C 07-06221 JSW

    v.

KEVIN R. MCLEAN,                      **ORDER**

    Defendant.

_____/

On December 19, 2007, plaintiff Integrity Investment Group, LLC filed a motion to remand. On January 24, 2008, while the above-captioned matter was pending before Judge Marilyn H. Patel, the court vacated the hearing date and submitted the motion on the papers without oral argument.

On February 1, 2008, this matter was reassigned to the undersigned. The Court concurs that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the Court will not reset a hearing on the motion to remand.

**IT IS SO ORDERED.**

Dated: February 8, 2008

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE