**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 27, 2008

**San Mateo County Superior Court**
**401 Marshal Street**
**Redwood City, CA 94063**

RE: <u>CV 07-06221 JSW    KEVIN R. MCLEAN-v-INTEGRITY INVESTMENT GROUP</u>

    Your Case Number: <u>(CLJ 195809)</u>

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: <u>Hilary D. Jackson</u>
        Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev. 7/92  
o:\mrg\civil\remand.mrg