UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 27, 2008

**San Mateo County Superior Court**
**401 Marshal Street**
**Redwood City, CA 94063**

RE: CV 07-06221 JSW   KEVIN R. MCLEAN-v-INTEGRITY INVESTMENT GROUP

   Your Case Number: (CLJ 195809)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by: Hilary D. Jackson
                    Case Systems Administrator

Enclosures
Copies to counsel of record

**RECEIVED**

APR 1 5 2008

**SUPERIOR COURT**
**CIVIL DIVISION**

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg